UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Civil Case Number: 8:18-cv-01106-CEH-TGW

| | |
|---|---|
| Sylvester Smith, | : |
| Plaintiff, | : |
| v. | : |
| DISH Network, LLC. | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a Stipulation of Dismissal of this action *with prejudice* pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: February 4, 2019

Respectfully submitted,

*/s/ Tamra Givens*
Tamra Givens, Esq.
Florida Bar No. 657638
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
tgivens@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Tamra Givens

Tamra Givens, Esq.