UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Civil Case Number: 8:18-cv-01106-CEH-TGW

Sylvester Smith,

           Plaintiff,

v.

DISH Network, LLC.

           Defendant.

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Sylvester Smith | DISH Network, LLC |
|---|---|
|    /s/ Tamra Givens |  /s/ Eriz Zalud |
| Tamra Givens, Esq.<br>LEMBERG LAW, LLC<br>43 Danbury Road, 3rd Floor<br>Wilton, CT  06897<br>Telephone: (203) 653-2250<br>Attorney for Plaintiff | Eric Zalud, Esq. (Admitted Pro Hac Vice)<br>BENESCH, FRIEDLANDER, COPLAN<br>& ARONOFF LLP<br>200 Public Square, Suite 2300<br>Cleveland, OH 44114<br>Attorney for Defendant |

_____

SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 29, 2019, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Middle District of Florida Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Eric Larson Zalud *(Admitted Pro Hac Vice)*
Anthony C. Sallah *(Admitted Pro Hac Vice)*
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
Email: ezalud@beneschlaw.com
       asallah@beneschlaw.com

Benjamen E. Kern *(Admitted Pro Hac Vice)*
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
41 South High Street, Suite 2600
Columbus, Ohio 43215
Email: bkern@beneschlaw.com

Josef Y. Rosen, Esq.
Florida Bar No. 112719
GrayRobinson, P.A.
401 E. Jackson Street, Suite 2700
P.O. Box 3324
Tampa, Florida  33601
Email: josef.rosen@gray-robinson.com
*Attorneys for Defendant DISH Network L.L.C.*

      By */s/ Tamra Givens*_____

      Tamra Givens, Esq.