UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SYLVESTER SMITH,

    Plaintiff,

v.                                                 Case No: 8:18-cv-1106-T-36TGW

DISH NETWORK, LLC,

    Defendant.
_____/

## O R D E R

Before the Court is the Stipulation of Dismissal (Doc. 23).  In accord with the Stipulation of Dismissal, it is **ORDERED AND ADJUDGED** as follows:

    1)     The Stipulation of Dismissal is **APPROVED** (Doc. 23).

    2)     This cause is dismissed, with prejudice.

    3)     The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on April 2, 2019.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record